IN THE U.S. DIST. COURT, W. MO. CENT. DIV.

7/8/02

CYRILL ATHANASIOS KOLOCOTRONIS, Plaintiff

(Melody Cy) vs.

02-4147-CV-C-NKL

KELLY OSBURNE, Defendant

### SUIT FOR DAMAGES

I. PLAINTIFF WROTE THE HIT-SONG, "PAPA, DON'T PREACH", WHICH DEFENDANT STOLE & SPITS AT THE VIEWER IN THE VIDEO OF MY SONG & SHE'S TOO FAT TO RECORD MY SONGS, ANYWAY, & HER FATHER BIT OFF THE HEAD OF A LIVE BAT, AT A CONCERT. SHE SPITS BECAUSE I WANT KIDS & NO GIRL IN THE WORLD WILL MARRY ME OR DATE ME & I HAVEN'T HAD SEXUAL-INTERCOURSE WITH A GIRL IN 26 YEARS & THAT'S HER WAY OF

(OVER)

Case 2:02-cv-04147-NKL   Document 1   Filed 07/15/02   Page 1 of 2

2)

GLOATING OVER IT & ADDING TO MY ~~PREDICAMENT~~ PREDICAMENT & HER WHOLE FAMILY IS GROSS, SADISTICK PROBABLY SATANIC, MAKING A MOCKERY OUT OF MY SONG ~~& ARREST~~!

II. PLAINTIFF ASKS THAT THAT VIDEO & RECORDING BE TAKEN OFF TV, MOVIES RADIO & OUT OF STORES & DEFENDANT PAY PLAINTIFF AT LEAST $1 MILLION IN ACTUAL DAMAGES & $10 MILLION IN EMOTIONAL & PUNITIVE & RELIGIOUS DAMAGES,

III. PLAINTIFF PRAYS HE & DEFENDANT BE GIVEN VOICE LIE-DETECTOR TESTS, OVER THE PHONE, WITHOUT TELLING THEM,

IV. JURY TRIAL DEMANDED,

RESPECTFULLY SUBMITTED,

C. Kolo athons