# UNITED STATES DISTRICT COURT

## Western District of Missouri

### JUDGMENT IN A CIVIL CASE

Cyrill A Kolocotronis,

    *v.*

Kelly Osborne,

Case Number: 02-4147-CV-C-NKL

| | | |
|---|---|---|
| _ | *Jury Verdict.* | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | *Decision by Court.* | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED

- *by order of August 21, 2002, plaintiff is denied leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, and his claims are dismissed for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B).*

ENTERED ON: August 21, 2002

*Patricia L. Brune*

August 21, 2002                                            Clerk
Date

*/s/ J Russel*
*J Russel*
*(By) Deputy Clerk*